## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**UNITED STATES OF AMERICA,**

        Plaintiff,

**v.**                                      **Criminal No. 3:06-CR-43-2**
                                                    **(BAILEY)**

**DEBORAH COLLEEN WASHINGTON,**

        Defendant.

## ORDER GRANTING MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

The above-styled matter came before this Court for consideration of the defendant's letter to this Court dated July 1, 2013, which this Court will construe as a Motion for Early Termination of Supervised Release [Doc. 101]. This Court, upon considering the motion, finds that the same should be **GRANTED**.

The defendant's term of supervised release is for a period of three (3) years, which commenced on September 16, 2011. As such, the defendant's term of supervision currently expires in September of 2014.

Pursuant to 18 U.S.C. § 3583(e)(1):

The Court may, after considering the factors set forth in § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) terminate a term of supervised release and discharge of the defendant released at any time after the expiration of one year of supervised release pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

This Court notes that Ms. Washington has passed all urinalysis tests, completed nine months of additional therapy, and has been attending college full time. Further, the defendant has had no violations of the terms of her supervision. Finally, the probation officer states that she has no objection to the request.

Upon consideration of the above-listed factors, this Court finds that the early termination of the defendant's supervision is warranted by the defendant's conduct and the interests of justice. Accordingly, the defendant's letter, hereby construed as a Motion for Early Termination of Supervised Release **[Doc. 101]** is hereby **GRANTED**. Therefore, the defendant's term of supervised release is hereby **TERMINATED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to the defendant, counsel of record and to the United States Probation Office.

**DATED**: July 10, 2013.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE